

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.**, A Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Rehearing is GRANTED. The motion for rehearing is due on October 25, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court